Argued August 24, appeal dismissed September 6, 1977

CITY OF COTTAGE GROVE, *Respondent,*
*v.*
BOYER, *Appellant.*
(No. 76-4960, CA 8056)
568 P2d 704

Paul R. Frisch, Eugene, argued the cause for appellant. On the brief were Kenneth A. Morrow, and Morrow & McCrea, P.C., Eugene.

Peter C. Kelsay, Cottage Grove, argued the cause for respondent. With him on the brief was Ackley & Kelsay, Cottage Grove.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

Appeal dismissed for want of jurisdiction. *Klamath Falls v. Campos,* 29 Or App 885, 565 P2d 406 (1977).